HENRY L. POTTER, appellant,

*v.*

ALPHEUS D. GIBBONS, respondent.

*Mr. J. Henry Stone,* for appellant.

*Mr. Thomas S. Shafer* and *Mr. William J. Magie,* for respondent.

PER CURIAM.

This decree unanimously affirmed for the reasons given by the vice-chancellor in *Gibbons* v. *Potter, 3 Stew. 204.*

---

NOTE.—In this case, no briefs were furnished to the reporter.—REP.